955 So.2d 693 (2007)
Kenneth JOHNSON, et al.
v.
STATE of Louisiana, Through DOTD, et al.
Keith Baham, et al.
v.
H & S Construction Co., Inc., et al.
Narcisse Thibodeaux, et al.
v.
State of Louisiana, Through DOTD, et al.
No. 2007-C-0510.
Supreme Court of Louisiana.
April 27, 2007.
In re Transportation and Development Department of; Louisiana State of;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Lafayette, 15th Judicial District Court Div. G, Nos. 99-0460, 99-0950, 99-1555; to the Court of Appeal, Third Circuit, No(s). 06-898, 06-899, 06-900.
Denied.